AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN RICHARD ELINSKI,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:24-cv-119

HYUNDAI ENG OF AMERICA, INC., et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 30, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Complaint is dismissed and this action stands closed.

Approved by: _[signature]_

January 30, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_[signature] Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020